*26cr41 JWB/JFD*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) ) ) | 18 U.S.C. § 2 |
|  | ) | 18 U.S.C. § 641 |
| v. | ) | 18 U.S.C. § 922(j) |
|  | ) | 18 U.S.C. § 924(a)(2) |
| ALEXIO MIRANDA, | ) | 18 U.S.C. § 924(d)(1) |
|  | ) | 26 U.S.C. § 5841 |
| Defendant. | ) | 26 U.S.C. § 5845(b) |
|  | ) | 26 U.S.C. § 5861(d) |
|  | ) | 26 U.S.C. § 5871 |
|  | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of Stolen Firearm)

On or about January 14, 2026, in the State and District of Minnesota, the defendant,

**ALEXIO MIRANDA,**

knowingly possessed the following stolen firearms:

- a Colt model M16A1 semiautomatic rifle bearing serial number 9506120; and
- a Huxwrx silencer bearing serial number P1000791;

which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).


SCANNED
FEB 1 2 2026
U.S. DISTRICT COURT MPLS

*United States v. Alexio Miranda*

## COUNT 2
(Possession of Unregistered Firearm)

On or about January 14, 2026, in the State and District of Minnesota, the defendant,

**ALEXIO MIRANDA,**

knowingly possessed a firearm, a Huxwrx silencer bearing serial number P1000791, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 3
(Theft of Government Property)

On or about January 14, 2026, in the State and District of Minnesota, the defendant,

**ALEXIO MIRANDA,**

aiding and abetting others and being aided and abetted by others, willfully and knowingly did steal and purloin a Colt model M16A1 rifle bearing serial number 9506120 and a Huxwrx silencer bearing serial number P1000791, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Sections 2 and 641.

*United States v. Alexio Miranda*

## A TRUE BILL

_____

UNITED STATES ATTORNEY          FOREPERSON